DEFENDANT: DAVID TAYLOR

AGE/YOB: 29/1991

COMPLAINT
FILED? _____ Yes __X____ No

     If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No
 If No, a new warrant is required

OFFENSE(S): **Count 1**: 18 USC § 1951 (Robbery Affecting Commerce)
     **Count 3**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in
     Furtherance of a Crime of violence

LOCATION OF
OFFENSES: Arapahoe County, CO

PENALTY: **Count 1**:  NMT 20 years imprisonment; NMT $250,000 fine, or both;
     NMT 3 years' supervised release; $100 special assessment;
     restitution.
     **Count 3:** NLT 7 years imprisonment to run consecutive to any other
     sentence; NMT $250,000 fine, or both; NMT 5 years supervised
     release; $100 special assessment.

AGENT: William Monahan
     Task Force Officer, FBI

AUTHORIZED
BY: Brian Dunn
     Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

__ five days or less; __x_ over five days

THE GOVERNMENT

 x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.