IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-14-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMARIUS JONES

    Defendant.

---

### NOTICE OF ATTORNEY APPEARANCE

---

    Gregory Daniels of the Daniels Law Firm enters his appearance on behalf of the Defendant, Jamarius Jones, in this matter.

    Respectfully submitted this 15th day of June, 2021.

    *s/ Gregory Daniels*
    Gregory Daniels
    1159 Delaware Street
    Denver, CO 80204
    Telephone: 303.863.7436
    Facsimile: 720.974.9666
    Email: gdaniels@gdanlaw.com
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2021, I filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** via United States Court e-filing system, who will send notification to all counsel of record, including the following:

brian.dunn@usdoj.gov

*s/ Angela Duran*