IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US V. DAVID TAYLOR, ET AL.

    Defendants,

---

## MOTION TO UNRESTRICT SEARCH WARRANTS IN THE CASE

---

The United States, by Acting United States Attorney Matthew T. Kirsch, and through Assistant United States Attorney Brian Dunn, hereby respectfully requests the Court unrestrict the restricted search warrants related to the case numbers referenced in Attachment A. The search warrants have been executed, and accordingly, there is no longer a necessity for the documents to remain restricted from public access.

Respectfully submitted this 29th day of June, 2021.

                              MATTHEW T. KIRSCH
                              ACTING UNITED STATES ATTORNEY

                By:  *s/Brian Dunn*
                       Brian Dunn
                       Assistant United States Attorney
                       United States Attorney's Office
                       1801 California St., Ste. 1600
                       Denver, CO 80202
                       Telephone: (303) 454-0100
                       Fax: (303) 454-0406
                       E-mail: Brian.Dunn@usdoj.gov
                       Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2021, I electronically filed the foregoing **MOTION TO UNRESTRICT SEARCH WARRANTS IN THE CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Deana Ambrosen*
Deana Ambrosen
Legal Assistant
U.S. Attorney's Office
