IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-14-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JAMARIUS JONES

    Defendants.

_____

**DEFENDANT JAMARIUS JONES' RESPONSE TO DEFENDANT JIMMY GARRISON'S UNOPPOSED MOTION TO EXCLUDE
ONE HUNDRED TWENTY (120) DAYS FROM THE SPEEDY TRIAL CALCULATION
[DOC. NO. 32]**
_____

    Jamarius Jones, by and through his counsel, Gregory Daniels of the Daniels Law Firm, LLC, hereby responds to Defendant Jimmy Garrison's Unopposed Motion to Exclude One Hundred Twenty (120) days from the Speedy Trial Calculation as follows:

    Defendant Jamarius Jones has no objection to the relief requested in Defendant Jimmy Garrison's Unopposed Motion.

    Respectfully submitted this 7th day of July, 2021.

                                                DANIELS LAW FIRM, LLC

                                                *s/ Gregory Daniels*
                                                Gregory Daniels
                                                1159 Delaware Street
                                                Denver, Colorado 80204
                                                Phone: (303) 863-7436
                                                Fax: (720) 974-9666
                                                gdaniels@gdanlaw.com
                                                *Attorney for Jamarius Jones*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2021, I electronically filed the foregoing **DEFENDANT JAMARIUS JONES' RESPONSE TO DEFENDANT JIMMY GARRISON'S UNOPPOSED MOTION TO EXCLUDE ONE HUNDRED TWENTY (120) DAYS FROM THE SPEEDY TRIAL CALCULATION [DOC. NO. 32]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Brian Michael Dunn
    Assistant United States Attorney
    Email:  brian.dunn@usdoj.gov

    A. Tyrone Glover, Jr.
    tglover@kln-law.com
    *Attorney for David Taylor*

    Jared Scott Westbroek
    jared_westbroek@fd.org
    *Attorney for Jimmy Garrison*

                                                  *s/ Angela Duran*