IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-14-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON

2. DAVID TAYLOR

3. **JAMARIUS JONES**

    Defendants.

_____

**DEFENDANT'S POSTION REGARDING UNOPPOSED MOTIONS TO EXCLUDE ONE HUNDRED TWENTY (120) DAYS FROM THE SPEEDY TRIAL ACT**
_____

    Mr. Jones, by and through counsel, and pursuant to Court Order [42], hereby submits his position to the Unopposed Motions to Exclude One Hundred Twenty (120) days from speedy trial [40] [41] in this case.

    Mr. Jones has no objection to Unopposed Motions to Exclude.

    Respectfully submitted this 9th of November, 2021.

| DANIELS LAW FIRM, LLC | KILLMER LANE & NEWMAN LLP |
|---|---|
| *s/ Gregory Daniels* | *s/ A. Tyrone Glover, Jr.* |
| Gregory Daniels | 1543 Champa Street, Suite 400 |
| 1159 Delaware Street | Denver, Colorado  80202 |
| Denver, Colorado  80204 | Phone: (303) 571-1000 |
| Phone: (303) 863-7436 | Fax: (303) 571-1001 |
| Fax: (720) 974-9666 | tglover@kln-law.com |

gdaniels@gdanlaw.com           *Attorney for David Taylor*
*Attorney for Jamarius Jones*

FEDERAL PUBLIC DEFENDER-
DENVER


          *s/ Jared Scott Westbroek*
Jared Scott Westbroek
633 17th Street
Suite 1000
Denver, CO 80202
Phone: 303-294-7002
Fax: 303-294-1192
jared_westbroek@fd.org
*Attorney for Jimmy Garrison*


## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I electronically filed the foregoing **DEFENDANT'S POSTION REGARDING UNOPPOSED MOTIONS TO EXCLUDE ONE HUNDRED TWENTY (120) DAYS FROM THE SPEEDY TRIAL ACT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian Michael Dunn
Assistant United States Attorney
Email:  brian.dunn@usdoj.gov


                              *s/ Angela Duran*

2