IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-14-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JAMARIUS JONES

    Defendant.

---

## NOTICE OF DISPOSITION

---

    Mr. Jones, by and through Gregory Daniels of the Daniels Law Firm, LLC, hereby notifies this Court that the parties in this case have reached a disposition in the case and would ask the Court to set a change of plea hearing.

    Respectfully submitted this 20th day of January, 2022.

    *s/ Gregory Daniels*
    Gregory Daniels
    1159 Delaware Street
    Denver, CO 80204
    Telephone: 303.863.7436
    Facsimile: 720.974.9666
    Email: gdaniels@gdanlaw.com
    *Attorney for Jamarius Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2022, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*s/ Angela Duran*