IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 21-cr-00014-PAB            Date:  February 18, 2022
Courtroom Deputy:  Sabrina Grimm            Court Reporter:   Janet Coppock

---

_Parties:_                                                    _Counsel:_

UNITED STATES OF AMERICA,                          Brian Dunn

    Plaintiff,

v.

3.   JAMARIUS JONES,                                    Gregory Daniels

    Defendant.

---

## COURTROOM MINUTES

---

**CHANGE OF PLEA HEARING**

**9:02 a.m.      Court in session.**

Appearances of counsel.  Defendant present in custody.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 1 of the Superseding Indictment and admits the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:  The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:  Court Exhibits 1 and 2 are admitted.**

2

**ORDERED:**   **Defendant's plea of guilty is accepted.**

**ORDERED:**   **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:**   **Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.**

**ORDERED:**   **Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.**

**ORDERED:**   **Sentencing is set for May 27, 2022 at 11:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.**

**ORDERED:**   **Any pending pretrial motions on behalf of the Defendant are deemed MOOT.**

**ORDERED:**   **Defendant is remanded to the custody of the U. S. Marshal.**

**9:26 a.m.**   **Court in recess.**

Hearing concluded.
Total time in court:    00:24