IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-14-PAB-3

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JAMARIUS JONES

 Defendant.

---

**OBJECTION TO PRE-SENTENCE INVESTIGATION REPORT**

---

 Jamarius Jones, by and through Gregory Daniels, Daniels Law Firm, LLC., hereby submits the following objection to the Pre-Sentence Investigation Report (PSIR). As objection, Mr. Jones would state as follows:

 Paragraph 40 assigns a +5 base offense level points to Mr. Jones and states therein: "Pursuant to §2B3.1(b)(2)(C), if a firearm was brandished or possessed, increase by 5 levels.  During the robbery, co-defendant's WHITE, GARRISON, and TAYLOR pointed firearms at S.G. in order to intimidate her and steal the money from the Brinks armored truck."

 Mr. Jones objects to the addition of those 5 points to his base offense level.  In is uncontroverted that Mr. Jones never possessed a gun.  He in fact did not know guns were involved until his co-defendants got into his car after the robbery.  He had not seen any guns and there was no specific conversation about guns.  Further, he had just gotten into town a few days prior to the robbery.  Finally, as detailed in the PSIR,

Mr. Jones was junior member of the operation, receiving one third of what all others received.

Mr. Jones believes the appropriate standard is whether it was reasonably foreseeable to him that guns were to be used, *Neese v. US*, 963 F.2d 383 (10th Cir. 1992) and he argues that despite him knowing there was a robbery planned, it was not reasonably foreseeable to him that firearms were to be used.

There is nothing in the plea he entered either that would contradict his lack of knowledge regarding the use of guns.  Mr. Jones pled guilty to Interference with Commerce by Threat or Violence and Aiding and Abetting.  The Brandishing a Firearm charge was dismissed as against him.

Respectfully submitted this 6th day of May 2022.

*s/ Gregory Daniels*
Gregory Daniels
1159 Delaware Street
Denver, CO 80204
Telephone:  303.863.7436
Facsimile:  720.974.9666
Email:  gdaniels@gdanlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2022, I filed the foregoing **OBJECTION TO PRE-SENTENCE INVESTIGATION REPORT** via United States Court e-filing system, who will send notification to all counsel of record, including the following:

brian.dunn@usdoj.gov

<u>*s/ Gregory Daniels*</u>