IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00014-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    JAMARIUS JONES

    Defendant.

## UNITED STATES' MOTION TO DISMISS COUNT 4 OF THE SUPERSEDING INDICTMENT

The United States of America by and through Brian Dunn, Assistant United States Attorney, hereby moves this Court to enter an order dismissing Count 8 of the Superseding Indictment.  On February 18, 2022, the defendant entered his plea of guilty to Count 1 of the Superseding Indictment. [Dkt. 54.] The United States agreed as part of the plea agreement to dismiss Count 4 of the Superseding Indictment.  [Dkt. 55.] Therefore, the United States of America hereby requests this Court dismiss Count 4 of the Superseding Indictment upon acceptance of defendant's plea of guilty in this matter.

Dated: May 10, 2022

COLE FINEGAN
United States Attorney

*s/ Brian Dunn*
Brian Dunn
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0406
E-mail:  Brian.Dunn@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                           By: s/ *Brian Dunn*
                                           Brian Dunn