IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00014-PAB-3

UNITED STATES OF AMERICA,

  Plaintiff,

v.

3. JAMARIUS JONES,

  Defendant.

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL**

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 10th day of May, 2022.

       COLE FINEGAN
       United States Attorney

  By: s/ *Kurt J. Bohn*
       Kurt J. Bohn
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Ste. 1600
       Denver, CO 80202
       (303) 454-0100
       kurt.bohn@usdoj.gov
       *Attorney for the United States*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 10th day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                                         s/ *Charisha Cruz*
                                         FSA Data
                                         Office of the U.S. Attorney