IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00014-PAB-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.  JAMARIUS JONES,

        Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

THAT on January 18, 2022, defendant Jamarius Jones was charged by Superseding Indictment with the following: in Count One with interference with commerce by threats or violence, in violation of 18 U.S.C. § 1951(a) and 2; and in Count Four with possession of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii);

THAT the Superseding Indictment also included a forfeiture allegation which sought forfeiture from defendant Jamarius Jones, pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C) and 28 U.S.C. § 2461;

1

THAT on February 18, 2022, the United States and defendant Jamarius Jones entered into a Plea Agreement, in which defendant pleaded guilty to Count One of the Superseding Indictment, charging a violation of 18 U.S.C. §§ 1951(a) and 2; and

THAT the Plea Agreement also contained a factual basis and cause to issue a personal money judgment as a result of the commission of the offense in Count One, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jamarius Jones in the amount of $359,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as a result of commission of the offense in Count One;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this _____ day of _____ 2022.

BY THE COURT:

_____
PHILLIP A. BRIMMER
Chief United States District Judge