IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No.  21-cr-00014-PAB-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.  JAMARIUS JONES,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**
_____

        This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 83] pursuant to Fed. R. Crim. P. 32.2(b)(2).  The Court, having read said motion and being fully advised in the premises, finds:

        THAT, on January 18, 2022, a superseding indictment was filed charging defendant Jamarius Jones in Count One with interference with commerce by threats or violence, in violation of 18 U.S.C. § 1951(a), and in Count Four with possession of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii);

        THAT the superseding indictment also sought forfeiture from defendant Jamarius Jones, pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C), and 28 U.S.C. § 2461;

        THAT, on February 18, 2022, the United States and defendant Jamarius Jones entered into a plea agreement which provides that defendant will plead guilty to Count

One.  It also contained a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b).

THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jamarius Jones in the amount of $359,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED: May 11, 2022

BY THE COURT:

_____
PHILLIP A. BRIMMER
Chief United States District Judge