IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 21-cr-00014-PAB | Date: May 27, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |
| Probation Officer: Mallory Coleman | |

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                                  Brian Dunn

   Plaintiff,

v.

3.   JAMARIUS JONES,                                              Gregory Daniels

   Defendant.

## COURTROOM MINUTES

**SENTENCING**

**11:09 a.m.   Court in session.**

Appearances of counsel.  Defendant present in custody.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Jones.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** Defendant shall be imprisoned for 78 months to run concurrent to the sentence imposed in the Eastern District of Texas case no. 20-cr-12-MACZJH4.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years to run concurrent to the sentence imposed in the Eastern District of Texas case no. 20-cr-12-MACZJH4.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:** Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment.  Interest on restitution is waived.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** United States' Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [80] is GRANTED.

**ORDERED:** United States' Motion to Dismiss Count 4 Of the Superseding Indictment [81] is GRANTED.  Count 4 of the Superseding Indictment is dismissed as to defendant Jamarius Jones only.

Defendant advised of right to appeal.

Court recommends that the Bureau of Prisons place the defendant at the same institution he is serving his Eastern District of Texas sentence.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**12:03 p.m.**   Court in recess.

Hearing concluded.
Total time in court:    00:54