IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JAMARIUS JONES,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Count 4 of the Superseding Indictment [Docket No. 81]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the United States' Motion to Dismiss Count 4 of the Superseding Indictment [Docket No. 81] is granted. It is further

**ORDERED** that Count 4 of the superseding indictment is dismissed.

DATED May 27, 2022.

                                        BY THE COURT:

                                        PHILIP A. BRIMMER
                                        Chief United States District Judge